CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN & KANG
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00117-RFB |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| EDUARDO LIMON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, Michael Kroger, by and through his counsel, Chris T. Rasmussen, Esq., and the United States America, by its counsel, Peter Leavitt, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on September 19, 2019 at 10:30 a.m. be vacated and continued for at least 30 days or for a time suitable to the court.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. The defendant's counsel is scheduled for inpatient surgery on September 11, 2019.

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by at least 30 days;

6. This is the first request for continuance.

DATED this 10th day of September, 2019

/s//: /s//:

_____  _____
CHRIS T. RASMUSSEN, ESQ.     PETER LEAVITT
Attorney for Defendant       Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00117-RFB |
| Plaintiff, | |
| vs. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| EDUARDO LIMON, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Defendant's counsel is having inpatient surgery on September 11, 2019;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date at least 30 days.

3. This is the first request for a continuance.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:19-cr-00117-RFB |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| EDUARDO LIMON, ) | |
| Defendant. ) | |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for September 19, 2019 at the hour of 10:30 a.m., by vacated and continued to  October 24 , 2019, at the hour of  1:15  a.m./p.m.

DATED this  11th  day of September, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE