CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EDUARDO LIMON, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: 2:19-cr-00117-RFB <br><br> **STIPULATION TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, Michael Kroger, by and through his counsel, Chris T. Rasmussen, Esq., and the United States America, by its counsel, Peter Levitt, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on October 29, 2019 at 11:00 a.m. be vacated and continued until November 6, or for a time suitable to the court within the next couple weeks.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. The defendant's counsel has court at 10:00 am in the State of Arizona and will not be able to return until 12:00 pm.

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

5. For all the above- stated reasons, the ends of justice would best be served by a

continuance of the sentencing until November 6, 2019 or any time shortly thereafter.

    6. This is the second request for continuance.

DATED this 23rd day of October, 2019

/s//:  /s//:

CHRIS T. RASMUSSEN, ESQ.  PETER LEVITT
Attorney for Defendant  Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDUARDO LIMON,<br><br>    Defendant. | Case No.: 2:19-cr-00117-RFB<br><br>**FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. The defendant's counsel has court at 10:00 am in the State of Arizona and will not be able to return until 12:00 pm.;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date at least 30 days.

3. This is the second request for a continuance.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                                                    )
    Plaintiff, )    Case No.: 2:19-cr-00117-RFB
                                                    )
vs. )
                                                    )    **ORDER**
EDUARDO LIMON, )
                                                    )
            Defendant. )
_____)

      Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for September 29, 2019 at the hour of 11:00 a.m., by vacated and continued to November 7, 2019, at the hour of 10:00 a.m./p.m.

      DATED this 24th day of October, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

4