# UNITED STATES DIS9RICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDUARDO LIMON,<br><br>　　　　Defendant. | Case No.: 2:19-cr-0117-RFB<br><br>**ORDER** |

　　　Before the Court is Defendant Eduardo Limon's Motion for Judicial Recommendation for Transfer to Home Confinement. (ECF No. 84) The government has not opposed this Motion. (ECF No. 88).  The Court pursuant to 18 U.S.C. § 3621(b)(4)(B) may in its discretion make a recommendation to the Bureau of Prisons ("BOP") regarding placement of a particular defendant it has sentenced. The Court has reviewed the entire record in this case, including the sentencing hearing. The Court has also considered the negative impact from the global pandemic of the novel coronavirus on BOP operations of and conditions of confinement for the respective facility where Mr. Limon is in custody. Having considered all of these factors and the information within the Motion, the Court finds it appropriate to recommend that Mr. Limon be placed on home confinement for the remainder of his time under BOP custody.

　　　Accordingly,

　　　IT IS HEREBY RECOMMENDED to the Bureau of Prisons that the Defendant Eduardo Limon serve the remainder of his custodial sentence on home confinement.

　　　DATED: June 2, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE II**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**